IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LEROY STERLING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 10-2406 |
| : | |
| REDEVELOPMENT AUTHORITY OF : | |
| THE CITY OF PHILADELPHIA *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 27th day of July, 2011, upon careful consideration of defendant City of Philadelphia's motion to dismiss the claims against it (document no. 32) and plaintiff Leroy Sterling's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the City of Philadelphia is dismissed as a party to this action.

    /s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge