IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY STERLING,<br><br>     Plaintiff,<br><br>     v.<br><br>REDEVELOPMENT AUTHORITY OF<br>THE CITY OF PHILADELPHIA *et al.*,<br><br>     Defendants. | CIVIL ACTION NO. 10-2406 |

**ORDER**

**AND NOW**, this 13th day of December, 2011, upon careful consideration of the motions for summary judgment filed by the Redevelopment Authority of the City of Philadelphia (the "RDA") (document no. 56) and by the Philadelphia Authority for Industrial Development ("PAID") (document no. 60); the motions to exclude the report and testimony of Bradley R. Ryden, CPA, filed by the RDA (document no. 55) and PAID (document no. 58); and the responses and replies thereto, **IT IS HEREBY ORDERED** as follows:

1. The RDA's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to count I, alleging violations of the due-process clause, and as to count III, alleging conversion, and judgment is **ENTERED** in favor of the RDA and against Leroy Sterling as to those counts. The motion is **DENIED** as to count II, alleging breach of contract.

2. PAID's motion for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of PAID and against Leroy Sterling.

3. The RDA's motion to exclude the report and testimony of Bradley R. Ryden is

**GRANTED**.

    4. PAID's motion to exclude the report and testimony of Bradley R. Ryden is

**DISMISSED AS MOOT**.

    5. Trial in this matter is scheduled for February 21, 2012, at 10:00 a.m.

                                                       /s/William H. Yohn, Jr.
                                                        William H. Yohn, Jr., Judge